# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

KEITH A. BRYANT
ADC #122754                                                                                              PLAINTIFF

V.                                          2:08CV00089 JTR

GREEN, Infirmary Manager
East Arkansas Regional Unit, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to fully exhaust his administrative remedies, and Judgment is entered in favor of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 19th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE